Adam D. Brown (NJ Bar #24652007)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  (215) 979-1000
Facsimile:  (215) 979-1020
ADBrown@duanemorris.com

Gerald L. Maatman, Jr. (admitted *pro hac vice*)
Jennifer A. Riley (admitted *pro hac vice*)
**DUANE MORRIS LLP**
190 S. La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone:  (312) 499-6700
Facsimile:  (312) 279-6780
GMaatman@duanemorris.com
JARiley@duanemorris.com

Elizabeth G. Underwood (admitted *pro hac vice*)
**DUANE MORRIS LLP**
22 Vanderbilt
335 Madison Ave. 23rd Floor
New York, NY 10017-4669
Telephone:  (212) 692-1016
Facsimile:  (212) 504-7978
Eunderwood@duanemorris.com

*Attorneys for Defendant,*
*Conduent Business Services, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUGH REID, *Individually and as Representative of a Class of Participants and Beneficiaries on Behalf of the Conduent Business Services, LLC Welfare Benefit Plan*,<br><br>Plaintiff,<br><br>v.<br><br>CONDUENT BUSINESS SERVICES, LLC,<br><br>Defendant. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Civil Action No.: 2:26-CV-02989<br><br>Judge Claire C. Cecchi<br><br>Magistrate Judge Jose R. Almonte |

## NOTICE OF MOTION IN SUPPORT OF DEFENDANT CONDUENT BUSINESS SERVICES, LLC'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION

**PLEASE TAKE NOTICE** that Defendant, Conduent Business Services, LLC ("Conduent" or "Defendant"), by its attorneys, will move the Honorable Claire C. Cecchi, U.S.D.J. for an Order dismissing Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) or, in the alternative, compelling Plaintiff to arbitrate his claims pursuant to the Federal Arbitration Act and the binding Dispute Resolution Plan and staying this action pending arbitration.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Conduent shall rely on the following documents submitted herewith: (1) Conduent's Memorandum in Support of its Motion to Dismiss the Complaint or, in the

2

Alternative, to Compel Arbitration; (2) the Declaration of Diane Wright in Support of Conduent's Motion to Dismiss the Complaint and Motion to Compel Arbitration with exhibits; and the Certification of Adam D. Brown with exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order and certificate of service are attached hereto.

**PLEASE TAKE FURTHER NOTICE** that Conduent requests oral argument only if timely opposition is filed.

**Dated: June 26, 2026**                    **Respectfully submitted,**

*/s/ Adam D. Brown*
Adam D. Brown
(NJ Bar #24652007)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
ADBrown@duanemorris.com

Gerald L. Maatman, Jr. (admitted *pro hac vice*)
Jennifer A. Riley (admitted *pro hac vice*)
**DUANE MORRIS LLP**
190 S. La Salle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 279-6780
GMaatman@duanemorris.com
JARiley@duanemorris.com

3

Elizabeth G. Underwood (admitted *pro hac vice*)
**DUANE MORRIS LLP**
22 Vanderbilt
335 Madison Ave. 23rd Floor
New York, NY 10017-4669
Telephone: (212) 692-1016
Facsimile: (212) 504-7978
Eunderwood@duanemorris.com

*Attorneys for Defendant*

4

**CERTIFICATE OF SERVICE**

I, Adam D. Brown, an attorney, certify that on June 26, 2026, I caused a true and correct copy of the foregoing document to be filed through the Court's CM/ECF System and served the below Counsel of Record via the CM/ECF System:

Austin D. Skelton
(NJ Bar #363022022)
**THE LACY EMPLOYMENT LAW FIRM LLC**
2564 Brunswick Pike
Lawrenceville, NJ 08648
Tel.: (609) 900-4053
Austin.skelton@employment-labor-law.com

Tulio D. Chirinos (*admitted pro hac vice*)
**CHIRINOS LAW FIRM PLLC**
20283 State Road 7, Ste. 592
Boca Raton, FL 33432
Tel.: (561) 299-6334
tchirinos@chirinoslawfirm.com

Charles J. Stiegler (admitted *pro hac vice*)
**STIEGLER LAW FIRM LLC**
318 Harrison Avenue, #104
New Orleans, LA 70124
Tel: (504) 267-0777
charles@stieglerlawfirm.com

Seth J. Bloom (admitted *pro hac vice*)
**BLOOM LEGAL LLC**
825 Girod Street, Suite A
New Orleans, LA 70113
Tel: (504) 599-9998
Sjb@bloomlegal.com

*Attorneys for Plaintiff and
the Proposed Class*

/s/ Adam D. Brown
Adam D. Brown